IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:06-CR-146 |
| | ) | (PHILLIPS/SHIRLEY) |
| V. | ) | |
| | ) | |
| CEDRIC DEON CLARK, | ) | |
| a/k/a "Cedric Deon Smith" | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the undersigned on the government's Motion To Extend Discovery Deadline [Doc. 9], filed on January 17, 2007. In its motion, the government request that its January 17, 2007, response deadline be extended until January 25, 2007. In support thereof, counsel for the government states that he has recently been inundated with investigations, litigation and preparation for litigation in numerous criminal matters which have prevented him from preparing the discovery in a timely manner. Counsel also notes that counsel for Defendant does not oppose this motion.

Finding that the government has shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 9**] and extends the deadline for filing responses to **January 25, 2007**.

1

All other dates in this case, including the **February 28, 2007** pretrial conference, shall remain the same at this time.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge